# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 9, 2016

*Before*

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 16-3279 | DAVID M. GILL, et al., Plaintiffs - Appellees<br><br>v.<br><br>CHARLES W. SCHOLZ, et al., Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:16-cv-03221-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough |

The following are before the court:

1. **DEFENDANTS-APPELLANTS' MOTION FOR STAY PENDING APPEAL**, filed on August 26, 2016, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' OPPOSITION TO MOTION FOR STAY PENDING APPEAL**, filed on September 1, 2016, by counsel for the appellees.

3. **PLAINTIFFS-APPELLEES' MOTION TO DISMISS APPEAL OR STAY APPEAL PENDING RESOLUTION OF FACTS IN ELECTORAL BOARD CASE**, filed on September 2, 2016, by counsel for the appellees.

4. **DEFENDANTS-APPELLANTS' AMENDED RESPONSE TO PLAINTIFFS-APPELLEES' MOTION TO DISMISS APPEAL OR STAY APPEAL PENDING RESOLUTION OF FACTS IN ELECTORAL BOARD CASE**, filed on September 6, 2016, by counsel for the appellants.

**IT IS ORDERED** that the motion for stay is **GRANTED**. The district court's order enjoining defendants from enforcing the Illinois Election Code's signature requirement against David M. Gill is **STAYED** pending resolution of this appeal.

**IT IS FURTHER ORDERED** that the motion to dismiss is **DENIED**.