# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

Submitted December 1, 2016
Decided December 6, 2016

Before

WILLIAM J. BAUER, *Circuit Judge*
RICHARD A. POSNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 16-3279 | DAVID M. GILL, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>CHARLES W. SCHOLZ, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:16-cv-03221-SEM-TSH<br>Central District of Illinois<br>District Judge Sue E. Myerscough |

The following are before the court:

1. **MOTION TO DISMISS APPEAL AS MOOT**, filed on October 28, 2016, by Attorney Samuel J. Cahnman.

2. **DEFENDANTS-APPELLANTS' RESPONSE TO PLAINTIFFS-APPELLEES' MOTION TO DISMISS APPEAL AS MOOT**, filed on November 10, 2016, by Attorney Brett E. Legner.

No. 16-3279     Page 2

3. **OBJECTION TO THAT PART OF DEFENDANTS-APPELLANTS' RESPONSE WHICH SEEKS TO VACATE THE DISTRICT COURT'S PRELIMINARY INJUNCTION**, filed on November 21, 2016, by Attorney Samuel J. Cahnman.

**IT IS ORDERED** that the motion to dismiss is **GRANTED**. This appeal is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that appellants' request to vacate the district court's preliminary injunction order is **DENIED**.